634 A.2d 517

JOSEPHINE VARANELLI, ET AL. v. BELL COMMUNICATIONS
RESEARCH, INC., ET AL.

September 10, 1993.

ORDER

Leave to appeal is granted, limited to the issue regarding the applicable statute of limitations, and the portion of the order of the Law Division dated March 5, 1993, that relied on the Appellate Division's declaration of retroactivity of its decision in *Montells v. Haynes,* 258 *N.J.Super* 563, 610 *A.*2d 898 (App.Div.1992), is summarily reversed, and the matter is remanded to the Law Division for reconsideration in light of *Montells v. Haynes,* 133 *N.J.* 282, 627 *A.*2d 654 (1993).

■

634 A.2d 517

STATE OF NEW JERSEY v. FABIAN SWAINE.

September 23, 1993.

ORDER

This matter having been presented to the Court on defendant's motion for summary reversal of his convictions, the Law Division having previously concluded on remand from this Court that defendant was denied effective assistance of counsel at trial;

And the State having interposed no objection to the relief sought;

And good cause appearing;

It is ORDERED that the motion for summary reversal of defendant's convictions is granted, and the matter is remanded to the Law Division for such further proceedings as may be necessary.

Jurisdiction is not retained.